# United States District Court
## Eastern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **ANTHONY GRANDAND PIERCE II** | **DOCKET NUMBER:** |

I, legal officer Susan St. Vincent, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   In Yosemite National Park, in the Eastern District of California, Anthony Granand PIERCE II did violate:

**Count 1:** Driving while license suspended or revoked for refusal to submit to a chemical test, in violation of Title 36 Code of Federal Regulations § 4.2, incorporating California Vehicle Code §14601.5 (a)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Possess an open container of alcoholic beverage in vehicle, in violation of Title 36 Code of Federal Regulations §4.14(b)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Driving with unrestrained juvenile passengers, in violation of Title 36 Code of Federal Regulations § 4.15(a)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state that I am the legal officer and that this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On August 28, 2015, at approximately 2254 hours, in Yosemite National Park, Ranger Nash was in uniform and on patrol in a marked vehicle on Southside Drive at the Four Mile Trailhead.

Ranger Nash observed a White Honda sedan traveling east on Southside Drive. The vehicle pulled into the Four Mile trailhead parking area without using a turn signal and stopped approximately 15 feet behind Ranger Nash's patrol vehicle.

Ranger Nash approached the driver's side of the vehicle. He observed a male subject, later identified as Anthony Granand PIERCE II, sitting in the driver's seat with his seatbelt on and the vehicle running. Ranger Nash observed four other occupants including two

| | |
|---|---|
| Speedy Trial Act Applies: **No** | U.S. v. Anthony Granand Pierce II<br>Criminal Complaint |

juveniles who were not wearing seatbelts. There was a large amount of luggage in the front passenger seat and right rear passenger seat which made it so the front middle passenger was being pushed into the driver by the front right passenger. Also the two rear passengers we being pushed into the left rear door by the excessive luggage and were not wearing seat belts or sitting in their seats correctly.

When asked for identification, PIERCE stated that his California Driver's License was with another member of their group at Housekeeping Camp. However, Ranger Nash was able to identify PIERCE by name and date of birth, and was informed by Yosemite Dispatch PIERCE's driver's license was revoked for refusing to submit to a chemical test.

PIERCE subsequently stated he knew his license was suspended, and he had surrendered it to the DMV. He stated he had started driving in Yosemite because they were lost and trying to find Housekeeping Camp

The front right female adult passenger stated that she had a valid driver's license. When she exited the front passenger seat to get her license, an open and more than half empty 12 ounce bottle of "Mickey's Fine Malt Liquor" fell out of the car.

PIERCE was placed under arrest and transported to the Yosemite Holding Facility

I declare under penalty of perjury that the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

_9/16/15_
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence, in Yosemite National Park, California.

_9/18/15_
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

Speedy Trial Act Applies: **No**

U.S. v. Anthony Granand Pierce II
Criminal Complaint