Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Docket Number: 6:15-mj-0077-MJS |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTIUE INITIAL APPEARANCE; AND ORDER THEREON |
| ANTHONY GRANAND PIERCE II, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant Anthony Granand Pierce II, by and through his attorney of record, Erin Snider, that the Initial Appearance in the above-captioned matter set for September 23, 2015 shall be continued to November 18, 2015 at 10:00 a.m.

Defendant further agrees to waive personal service of any summons indicating the new court date, and agrees to appear on November 18, 2015.   The Government further agrees not to oppose defendant's request to appear via videoconference for the initial appearance should the defendant make such a request to this Court.

//

//

| | |
|---|---|
| Dated: September 21, 2015 | /S/ Susan St. Vincent<br>Susan St. Vincent<br>Acting Legal Officer<br>Yosemite National Park |
| Dated: September 21, 2015 | /S/ Erin Snider<br>Erin Snider<br>Attorney for Defendant<br>Anthony Granand Pierce II |

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the September 23, 2015, Initial appearance for U.S. v. Pierce, case number 6:15-MJ-0077-MJS, is hereby continued to November 18, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   September 21, 2015        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

2