HEATHER E. WILLIAMS, #122664
Federal Defender
ERIN SNIDER, #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ANTHONY PIERCE II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:15-mj-00077-MJS-1 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | REQUEST FOR RULE 43 WAIVER AND TELEPHONIC APPEARANCE; ORDER |
| ANTHONY PIERCE II, | ) | DATE: November 18, 2015 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant Anthony Pierce II, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to appear via telephone at the November 18, 2015 initial appearance. The government does not object to this request.

At the November 18, 2015 hearing, Defendant anticipates entering not guilty pleas to each of the counts in the Criminal Complaint. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Defendant lives in Fairfield, California—approximately 170 miles from Yosemite

Village. Defendant does not have a valid driver's license and does not have a friend or family member who could drive him to Yosemite on November 18, 2015. If he were to take public transportation, it would take at least nine hours to get to Yosemite and he would be need to pay for lodging for at least one night. Defendant works full-time as a dispatcher for a trucking business. He makes approximately $2,100 per month. His monthly bills for rent, utilities, and phone service total approximately $1,425 per month, leaving him just $675 per month to cover all other necessary expenses, such as food, transportation, and other essentials. Thus, it would be a serious financial hardship for Defendant to travel to Yosemite, given that he would likely need to pay for lodging in addition to bus fares.

Accordingly, Defendant requests that the Court grant his request to appear via telephone at the November 18, 2015 initial appearance.

DATED: November 10, 2015        /s/ Anthony Pierce
                                Anthony Pierce

DATED: November 10, 2015        /s/ Erin Snider
                                Erin Snider
                                Assistant Federal Defender
                                Attorney for Defendant
                                Anthony Pierce

# O R D E R

GOOD CAUSE APPEARING, the requested Rule 43 Waiver in Case No.6:15-mj-077-MJS is hereby approved. Defendant may appear via telephone at the November 18, 2015 hearing.

IT IS SO ORDERED.

Dated:   November 10, 2015         /s/ Michael J. Seng
                                   UNITED STATES MAGISTRATE JUDGE