HEATHER E. WILLIAMS, #122664
Federal Defender
ERIN SNIDER, #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ANTHONY PIERCE II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00077-MJS-1 |
| Plaintiff, | STIPULATION FOR RULE 43 WAIVER OF APPEARANCE;  ORDER |
| vs. | |
| ANTHONY PIERCE II, | DATE:    March 9, 2016 |
| | TIME:    10:00 a.m. |
| Defendant. | JUDGE:  Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Anthony Pierce II, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for the March 9, 2016 change-of-plea and sentencing hearing, and be allowed to appear via video conference.  Mr. Pierce agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  The government has no objection to this request.

Mr. Pierce is charged with: (1) driving a motor vehicle at a time when his driving privilege was suspended or revoked for refusal to submit to a chemical test, in violation of 36 C.F.R. § 4.2 (incorporating Cal. Veh. Code § 14601.5(a)); (2) possessing an open container of alcohol in a motor vehicle, in violation of 36 C.F.R. § 4.14(b); and (3) driving with unrestrained

juvenile passengers, in violation of 36 C.F.R. § 4.15(a). Mr. Pierce anticipates entering a guilty plea at the March 9, 2016 hearing pursuant to a plea agreement with the Yosemite Legal Office. The Yosemite Legal Office has already provided a written plea agreement, which Mr. Pierce intends to sign and return to the Yosemite Legal Office prior to the hearing. This is Mr. Pierce's third request for a waiver of appearance. The Court granted Mr. Pierce's request to appear telephonically at his initial appearance on November 18, 2015, and the Court also granted Mr. Pierce's request for a waiver of appearance at subsequent non-substantive proceedings.

Mr. Pierce lives in Fairfield, California—approximately 170 miles from Yosemite Village. Mr. Pierce does not have a valid driver's license and does not have a friend or family member who could drive him to Yosemite on March 9, 2016. If he were to take public transportation, it would take at least nine hours to get to Yosemite and he would be need to pay for lodging for at least one night. Mr. Pierce works full-time as a dispatcher for a trucking business. He makes approximately $2,100 per month. His monthly bills for rent, utilities, and phone service total approximately $1,425 per month, leaving him just $675 per month to cover all other necessary expenses, such as food, transportation, and other essentials. Thus, it would be a serious financial hardship for Mr. Pierce to travel to Yosemite, given that he would likely need to pay for lodging in addition to bus fares.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, Mr. Pierce requests that the Court grant his request to appear via video conference at the March 9, 2016 change-of-plea and sentencing hearing.

Respectfully submitted,

Date: February 17, 2016         */s/ Matthew McNease*
                                MATTHEW MCNEASE
                                Yosemite Legal Officer
                                Counsel for the Plaintiff

                                HEATHER E. WILLIAMS
                                Federal Defender

Date: February 17, 2016         */s/ Erin Snider*
                                ERIN SNIDER
                                Assistant Federal Defender
                                Attorney for Defendant
                                ANTHONY PIERCE

Date: February 17, 2016         */s/ Anthony Pierce*
                                ANTHONY PIERCE

**O R D E R**

**GOOD CAUSE APPEARING**, the above request for Defendant's waiver of personal appearance and request to appear via video conference at the initial appearance hearing in Case No. 6:15-mj-00077-MJS, is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   February 19, 2016            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE