1   HEATHER E. WILLIAMS, CA SBN #122664
    Federal Defender
2   REED GRANTHAM, CA SBN #294171
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, CA 93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorney for Defendant
    ANTHONY PIERCE

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No. 6:15-mj-00077-MJS
                                       )
12                  Plaintiff,         )  **STIPULATION TO CONTINUE FEBRUARY**
                                       )  **7, 2017 REVIEW HEARING; ORDER**
13  vs.                                )
                                       )
14  ANTHONY PIERCE,                    )
                                       )
15                  Defendant.         )
                                       )
16  _____)

17         IT IS HEREBY STIPULATED, by and between the parties, through their respective

18  counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant

19  Federal Defender Reed Grantham, counsel for Anthony Pierce, that the February 7, 2017 review

20  hearing be continued to March 7, 2017.

21         Mr. Pierce is currently on unsupervised probation until March 9, 2019. The February 7,

22  2017 review hearing is an interim review hearing to determine whether Mr. Pierce is on track to

23  satisfy the terms and conditions of his probation. The parties are in agreement to continue the

24  February 7, 2017 review hearing to March 7, 2017, to provide Mr. Pierce with the opportunity to

25  provide further documentation.

26  //

27  //

28  //

1

Respectfully submitted,

2

PHILLIP A. TALBERT
United States Attorney

3

4

Date: February 3, 2017

*/s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

5

6

7

HEATHER E. WILLIAMS
Federal Defender

8

9

Date: February 3, 2017

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
ANTHONY PIERCE

10

11

12

13

14

15

**O R D E R**

16

The Court hereby grants the parties' request to continue the February 7, 2017 review

17

hearing to March 7, 2017, in case number 6:15-mj-00077-MJS. Defendant is ordered to be

18

present at the review hearing unless an order has been issued vacating the hearing date.

19

20

IT IS SO ORDERED.

21

22

Dated:   February 3, 2017

*/s/ Michael J. Seng*

23

UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

Pierce: Stipulation

2