1   HEATHER E. WILLIAMS, CA SBN #122664
    Federal Defender
2   REED GRANTHAM, CA SBN #294171
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorney for Defendant
    ANTHONY PIERCE

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No. 6:15-mj-00077-MJS
                                       )
12                  Plaintiff,         )   **STIPULATION TO CONTINUE MARCH 7,**
                                       )   **2017 REVIEW HEARING; ORDER**
13  vs.                                )
                                       )
14  ANTHONY PIERCE,                    )
                                       )
15                  Defendant.         )
                                       )
16  _____   )

17        IT IS HEREBY STIPULATED, by and between the parties, through their respective

18  counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant

19  Federal Defender Reed Grantham, counsel for Anthony Pierce, that the March 7, 2017 review

20  hearing be continued to November 7, 2017.

21        Mr. Pierce was sentenced by this Court on March 9, 2016, to thirty-six months of

22  unsupervised probation, with the conditions that he obey all laws and advise the Court and

23  Government Officer within seven days of being cited or arrested for any alleged violation of law.

24  He was also ordered to pay a fine of $580.00, a penalty assessment of $20.00, and ordered to

25  obtain his California driver's license within twenty-four months. Lastly, he was ordered to serve

26  forty-five days in custody, with credit for two days served, with a surrender date of January 8,

27  2019. If Mr. Pierce is in full compliance with all conditions of probation prior to December 18,

28  2018, the Court indicated that Mr. Pierce may petition the Court to suspend the custody sentence.

Mr. Pierce has been making consistent monthly payments of $30.00 towards payment of his fine. On November 30, 2015, Mr. Pierce enrolled in an eighteen month DUI program. Since enrolling in November 30, 2015, Mr. Pierce has been attending regularly. He anticipates completing the program in October 2017, and at that time applying for his California driver's license.

At the time of sentencing, an interim review hearing was set by the Court for February 7, 2017. Prior to the February 7, 2017 review hearing, counsel for Mr. Pierce requested that the review hearing be vacated because Mr. Pierce was making his monthly payments towards his fine and was enrolled in the eighteen month DUI program. However, at that time, the government indicated that Mr. Pierce had a new law violation on July 22, 2016, for driving on a suspended license, which was not reported. Counsel for Mr. Pierce subsequently learned that Mr. Pierce was cited for driving on a suspended license on July 22, 2016, but that Mr. Pierce was unaware that he needed to report such a citation. Further inquiry regarding the July 22, 2016 offense revealed that the case is still open but that the court in Solano county intends to dismiss the case provided that Mr. Pierce remains in and continues to attend his eighteen month DUI program.

At that time, the parties requested a continuance of the February 7, 2017 review hearing to March 7, 2017, so that Mr. Pierce could provide proof of enrollment in his eighteen month DUI program and proof of his continued payments towards his fine. Additionally, the parties agreed that if such proof was provided prior to the March 7, 2017 review hearing, the government would not file a formal probation violation, but would instead notify the Court of the violation, the government's recommendation not to take action at this time, and the parties would agree to continue his review hearing until November 7, 2017, so that Mr. Pierce would be able to successfully complete his program.

Mr. Pierce is currently on unsupervised probation until March 9, 2019. The March 7, 2017 review hearing is an interim review hearing to determine whether Mr. Pierce is on track to satisfy the terms and conditions of his probation. The parties are in agreement to continue the March 7, 2017 review hearing to November 7, 2017, to provide Mr. Pierce with the opportunity

1  to complete his eighteen month DUI program and to provide proof of completion at that time.

2

3                                          Respectfully submitted,

4                                          PHILLIP A. TALBERT
                                           United States Attorney
5

6  Date:  March 6, 2017               /s/ Susan St. Vincent_____
                                           Susan St. Vincent
7                                          Yosemite Legal Officer
                                           Attorney for Plaintiff
8

9                                          HEATHER E. WILLIAMS
                                           Federal Defender
10

11  Date: March 6, 2017              /s/ Reed Grantham_____
                                           REED GRANTHAM
12                                         Assistant Federal Defender
                                           Attorney for Defendant
13                                         ANTHONY PIERCE

14

15

16

17                              **O R D E R**

18         The Court hereby grants the parties' request to continue the March 7, 2017

19  review hearing, in case number 6:15-mj-00077-MJS, to November 7, 2017. Defendant

20  is ordered to be present at the continued review hearing unless an order has been

21  issued vacating the hearing date or excusing his attendence.

22

23  IT IS SO ORDERED.

24
       Dated:   March 6, 2017            ___/s/ Michael J. Seng_____
25
                                           UNITED STATES MAGISTRATE JUDGE
26

27

28

Pierce: Stipulation                        3