1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   ANTHONY PIERCE, II

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No. 6:15-mj-00077-MJS
                                     )
12               Plaintiff,          )  **STIPULATION TO CONTINUE REVIEW**
                                     )  **HEARING; ORDER**
13  vs.                              )
                                     )
14  ANTHONY PIERCE, II,              )
                                     )
15               Defendant.          )
                                     )
16  _____

17       IT IS HEREBY STIPULATED, by and between the parties through their respective

18  counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant

19  Federal Defender Hope Alley, counsel for Anthony Pierce, II, that Mr. Pierce's review hearing

20  scheduled for November 7, 2017, be continued to January 23, 2018.

21       Within the past several months, Mr. Pierce lost his job. He was then able to find work in

22  Napa County, but due to the wildfires, he was laid off. With no income, Mr. Pierce has been

23  unable to complete his final classes for his 18-month multiple offender DUI course, which is

24  preventing him from obtaining his driver's license. Given the circumstances, the parties agree to

25  continue Mr. Pierce's review hearing to give him time to make progress on getting his license

26  reinstated. Accordingly, the parties request that the Court schedule a review hearing for January

27  23, 2018.

28  //

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  November 1, 2017          */s/ Susan St. Vincent*
                                 Susan St. Vincent
                                 Yosemite Legal Officer
                                 Attorney for Plaintiff

                                 HEATHER E. WILLIAMS
                                 Federal Defender

Date: November 1, 2017           */s/ Hope Alley*
                                 HOPE ALLEY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ANTHONY PIERCE, II

## O R D E R

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the November 7, 2017 hearing for Anthony Pierce, II, Case No. 6:15-mj-00077-MJS, is continued to January 23, 2018 at 10:00 a.m. All other terms of the Court's sentence remain in full force and effect.

IT IS SO ORDERED.

Dated:   November 5, 2017          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE