Susan St. Vincent
Yosemite Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | DOCKET NO. 6:15-mj-0077-MJS |
|---|---|
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| ANTHONY GRANDAND PIERCE II, | |
| Defendant. | |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the acting legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Anthony Granand PIERCE II has failed to obey all laws, and has failed to report all new violations of law, and failed to pay his fine

1

As the legal officer, I am aware that PIERCE, was charged with driving with license that was suspended or revoked for refusal to submit to a chemical test, in violation of Title 36 Code of Federal Regulations §4.2, incorporating California Vehicle Code §14601.5(a); possessing an open container of alcohol in a vehicle, in violation of Title 36 Code of Federal Regulations §4.14(b); and driving with unrestrained juvenile passengers, in violation of Title 36 Code of Federal Regulations §4.15(a).

On March 9, 2016, PIERCE plead guilty to Count One, driving with a license that was suspended or revoked for refusal to submit to a chemical test, in violation of Title 36 Code of Federal Regulations §4.2, incorporating California Vehicle Code §14601.5(a) and Count two, possessing an open container of alcohol in a vehicle, in violation of Title 36 Code of Federal Regulations §4.14(b). PIERCE was sentenced 36 months unsupervised probation with the conditions he pay a $600 fine at a rate of $30 per month, obey all laws, report all new violations of the law to Court, and obtain a driver's license within 24 months. PIERCE was also sentenced to 45 days in custody with credit for 2 days already served, and the remaining 43 days to begin on January 8, 2019. The government alleges PIERCE has violated the following condition(s) of his unsupervised probation:

CHARGE ONE: FAILURE TO OBEY ALL LAWS

PIERCE was ordered to obey all laws. On July 22, 2016, PIERCE was arrested in Fairfield, CA, for violation of the California Vehicle Code §14601.5(a), driving while license suspended for refusal of a chemical test.

CHARGE TWO: FAILURE TO REPORT NEW VIOLATION

PIRECE was ordered to report any new violations or law enforcement contact to the Court and Legal Office within seven days of the incident. On July 22, 2016, PIERCE was arrested in Fairfiled, CA for the above violation. The Yosemite Legal Office learned of this arrests through a routine criminal history check while preparing for the review hearing in this matter.

| | |
|---|---|
| 1 | CHARGE THREE:   FAILURE TO OBEY ALL LAWS |
| 2 | PIERCE was ordered to obey all laws. On January 11, 2017, PIERCE was |
| 3 | arrested in Fairfield, CA, for violation of the California Vehicle Code §14601.5(a), driving |
| 4 | while license suspended for refusal of a chemical test. |
| 5 | CHARGE FOUR:   FAILURE TO REPORT NEW VIOLATION |
| 6 | PIRECE was ordered to report any new violations or law enforcement contact to |
| 7 | the Court and Legal Office within seven days of the incident.  On January 11, 2017, |
| 8 | PIERCE was arrested in Fairfiled, CA for the above violation.  The Yosemite Legal |
| 9 | Office learned of this arrests through a routine criminal history check while preparing for |
| 10 | the review hearing in this matter. |
| 11 | CHARGE FIVE:    FAILURE TO OBEY ALL LAWS |
| 12 | PIERCE was ordered to obey all laws. On June 9, 2017, PIERCE was arrested in |
| 13 | Fairfield, CA, for violations of California Vehicle Code §14601.5(a), driving while license |
| 14 | suspended for refusal of a chemical test, California Penal Code §1320(a) failure to |
| 15 | appear, California Vehicle Code §16028(a) failure to provide insurance proof, and |
| 16 | California Vehicle Code §23152(a) DUI. |
| 17 | CHARGE SIX:    FAILURE TO REPORT NEW VIOLATION |
| 18 | PIRECE was ordered to report any new violations or law enforcement contact to |
| 19 | the Court and Legal Office within seven days of the incident.  On June 9, 2017, PIERCE |
| 20 | was arrested in Fairfiled, CA for the above violations.  The Yosemite Legal Office |
| 21 | learned of this arrests through a routine criminal history check while preparing for the |
| 22 | review hearing in this matter. |
| 23 | CHARGE SEVEN:  FAILURE TO PAY FINE |
| 24 | PIRECE was ordered to PAY $600 in fines at the rate of $25 per month.  To date |
| 25 | he has paid $300. |
| 26 | // |
| 27 | // |
| 28 | // |

I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

1/18/18
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

1/18/18
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California