| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | ANTHONY PIERCE II |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:15-mj-00077-MJS |
|---|---|
| Plaintiff, | ) **[SECOND AMENDED] REQUEST FOR** |
| | ) **RULE 43 WAIVER FOR REVIEW** |
| vs. | ) **HEARING AND MOTION TO RESET** |
| | ) **HEARING; ORDER** |
| ANTHONY PIERCE II, | ) |
| | ) Hon. Michael J. Seng |
| Defendant. | ) Date: February 6, 2018 |
| | ) Time: 10:00 a.m. |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Anthony Pierce II, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for his review hearing on February 6, 2018 hearing and that he be allowed to appear by video from the United States District Court in San Francisco, California. The Government has no objection to this request. This Court, pursuant to Rule 43(b)(2), has the authority to allow Mr. Pierce to appear by video for plea and sentencing.

Mr. Pierce currently resides in Fairfield, California. He has no family in the area and limited means of getting to the courthouse in Yosemite or Fresno. If permitted to appear from the courthouse in San Francisco, Mr. Pierce could travel to court using public transit. Accordingly, Mr. Pierce respectfully requests that the Court grant a waiver of his right to be personally present and that he be permitted to appear via video from the United States District

Courthouse in San Francisco, California, for purposes of his review hearing. The parties recognize that there are several video appearances set for January 23, 2018, and thus the parties request that Mr. Pierce's review hearing be moved to Thursday, February 6, 2018 at 10:00 a.m.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: January 19, 2018                */s/ Hope Alley*
                                        HOPE ALLEY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ANTHONY PIERCE II

## **O R D E R**

**GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance and to appear via video at the change-of-plea hearing in Case No. 6:15-mj-00077-MJS, is hereby accepted and adopted as the order of this Court provided that Defendant make suitable and timely arrangements to appear by video from the United States District Court in San Francisco, California **AND THE PARTIES FILE A FULLY EXECUTED WRITTEN PLEA AGREEMENT WITH THE COURT AT LEAST 48 HOURS BEFORE THE CONTINUED HEARING WHICH WILL BE HELD** February 6, 2018 at 10:00 a.m.

IT IS SO ORDERED.

    Dated:   January 19, 2018                /s/ *Michael J. Seng*
                                                                  UNITED STATES MAGISTRATE JUDGE