1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   ANTHONY PIERCE
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | Case No. 6:15-mj-00077-MJS

12 |             Plaintiff,       | **STIPULATION TO CONTINUE; ORDER**

13 | vs.

14 | ANTHONY PIERCE,

15 |             Defendant.

16

17     IT IS HEREBY STIPULATED, by and between the parties, through their respective

18 counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant

19 Federal Defender Hope Alley, counsel for Anthony Pierce, that the Court continue the April 4,

20 2018 hearing to June 5, 2018.

21     The parties are exploring possible resolutions to the alleged probation violations.

22 Accordingly, the parties request that the Court continue Mr. Pierce's April 4, 2018 hearing to

23 June 5, 2018.

24 //

25 //

26 //

27 //

28 //

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | McGREGOR W. SCOTT<br>United States Attorney |
| 3 | | |
| 4 | Date: March 29, 2018 | /s/ Susan St. Vincent<br>Susan St. Vincent |
| 5 | | Yosemite Legal Officer<br>Attorney for Plaintiff |
| 6 | | |
| 7 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 8 | | |
| 9 | Date: March 29, 2018 | /s/ Hope Alley<br>HOPE ALLEY |
| 10 | | Assistant Federal Defender<br>Attorney for Defendant |
| 11 | | ANTHONY PIERCE |

**O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the April 4, 2018 hearing for Anthony Pierce, Case No. 6:15-mj-00077-MJS, is continued to June 5, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  March 30, 2018                    /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE

Pierce: Stipulation to Continue