| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | ANTHONY PIERCE II |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:15-mj-00077-MJS |
|---|---|
| Plaintiff, | ) **[SECOND AMENDED] REQUEST FOR** |
| | ) **RULE 43 WAIVER FOR STATUS** |
| vs. | ) **CONFERENCE ON PROBATION** |
| | ) **VIOLATION; ORDER** |
| ANTHONY PIERCE II, | ) |
| | ) Hon. Jeremy D. Peterson |
| Defendant. | ) Date: June 5, 2018 |
| | ) Time: 10:00 a.m. |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Anthony Pierce II, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for the June 5, 2018 status conference on the alleged probation violations and that he be allowed to appear by video from the United States District Court in Sacramento, California. The Government has no objection to this request. This Court, pursuant to Rule 43(b)(2), has the authority to allow Mr. Pierce to appear by video for his hearing.

Mr. Pierce made an initial appearance on the Affidavit of Alleged Probation Violations on February 6, 2018. The Court set Mr. Pierce's case for a contested hearing on April 4, which was continued to June 5. The parties have since reached a resolution that would not call for jail time. Accordingly, the Government does not object to Mr. Pierce's video appearance from Sacramento.

While Mr. Pierce is prepared to go forward with an admission and sentencing on the probation violations, he currently resides in Stockton, has no family in the area, is not in possession of a valid driver's license, and has very limited financial means to travel. In order to arrive at the Yosemite courthouse on time for tomorrow's hearing, Mr. Pierce would have to take three separate buses, with a travel time of approximately 12 hours and 30 minutes. Exhibit 1. If permitted to appear by video in Sacramento, Mr. Pierce could take Amtrak almost directly to the U.S. District Courthouse. It would take him approximately 1 hour and 15 minutes and would cost substantially less in terms of ticket price and time away from work. Exhibit 2. Accordingly, Mr. Pierce respectfully requests that the Court grant a waiver of his right to be personally present and that he be permitted to appear via video from the United States District Courthouse in Sacramento, California, for tomorrow's hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 4, 2018         */s/ Hope Alley*
                           HOPE ALLEY
                           Assistant Federal Defender
                           Attorney for Defendant
                           ANTHONY PIERCE II

**O R D E R**

Good cause appearing, defendant's request for waiver of personal appearance and to appear via video at the status conference on the alleged probation violation in Case No. 6:15-mj-00077-JDP is hereby accepted and adopted as the order of this court, provided that defendant make suitable and timely arrangements to appear by video from the United States District Court in Sacramento, California.

IT IS SO ORDERED.

Dated:   June 4, 2018                    /s/ *Jeremy D. Peterson*
                                         UNITED STATES MAGISTRATE JUDGE

Pierce: Rule 43 Waiver