# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **ANTHONY PIERCE II** | Criminal Number: **6:15MJ00077-001** |
| | Defendant's Attorney: Hope Alley, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] admitted guilt to violation of charge(s)  1,3  as alleged in the violation petition filed on  1/18/2018 .

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge One | FAILURE TO OBEY ALL LAWS | JULY 22, 2016 |
| Charge Three | FAILURE TO OBEY ALL LAWS | JANUARY 11, 2017 |

The court:  [ ] revokes:  [✓] modifies:  [ ] continues under same conditions of supervision heretofore ordered on  3/10/2016 .

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓] Charge(s)  2, 4-7  are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/5/2018
Date of Imposition of Sentence

/s/ Jeremy D. Peterson
Signature of Judicial Officer

**Jeremy D. Peterson**, United States Magistrate Judge
Name & Title of Judicial Officer

6/13/2018
Date

# PROBATION

The defendant is hereby sentenced to probation for a term of : 12 months .

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and the government officer within seven days of any change in the defendant's address. If represented, the defendant shall provide such notice through counsel.
4. The defendant may not drive a motor vehicle until he completes his current DMV course and obtains his driver's license.
5. The defendant is ordered to personally appear for a Probation Review Hearing on May 7, 2019, at 10:00 a.m., before U.S. Magistrate Judge Peterson. Probation Review Hearing may be vacated if all terms are met.
6. The defendant shall complete 100 hours of community service. The defendant shall perform and complete the community service hours by April 2, 2019.
7. The defendant shall advise the court and the government officer within seven days of being cited or arrested for any alleged violation of law. If represented, the defendant shall provide such notice through counsel.
8. The defendant shall complete the remaining 4 months of the DMV course in which he is currently enrolled and pay the outstanding $600.00 owed for the course.
9. The defendant must obtain a driver's license.