HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
matthew_bockmon@fd.org

Attorney for Defendant
ANTHONY PIERCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY PIERCE, <br><br> Defendant. | Case No. 6:15-mj-077 MJS <br><br> **STIPULATION AND ORDER TO REQUEST VIDEO TELECONFERENCE** <br><br> Date: May 7, 2019 <br> Time: 10:00 a.m. <br> Judge: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that defendant, Anthony Pierce, be allowed to appear for the Initial Appearance on the probation violation affidavit / Review Hearing on May 7, 2019 at 10:00 a.m. by video teleconference at the United States District Courthouse in Sacramento, California.

Travel to Yosemite National Park represents a financial hardship for Mr. Pierce.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: May 2, 2019                    */s/ Matthew C. Bockmon*
                                       MATTHEW C. BOCKMON
                                       Assistant Federal Defender
                                       Attorney for ANTHONY PIERCE

| | McGREGOR SCOTT<br>United States Attorney |
|---|---|
| Dated: May 2, 2019 | */s/ Matthew C. Bockmon for S. St. Vincent*<br>SUSAN ST. VINCENT<br>Legal Officer |

**O R D E R**

**GOOD CAUSE APPEARING**, the court allows Mr. Pierce to appear by video teleconference for the initial appearance on the probation violation affidavit / Review Hearing on May 7, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: __May 6, 2019__  _____
UNITED STATES MAGISTRATE JUDGE