HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ANTHONY PIERCE, II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00077 JDP |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| ANTHONY PIERCE, II, | Date: September 18, 2019 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Anthony Pierce, II, that the admit/deny hearing scheduled for September 18, 2019, may be continued to October 22, 2019, at 10:00 a.m.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

-1-

Mr. Pierce has completed his 18-month drinking-driver program and has paid his fine in full.  He hopes to have sufficient money to lift remaining restrictions and reinstate his driver's license in the next two to three weeks.  The parties are considering whether to withdraw the violation if he succeeds.  Accordingly, the parties have agreed to continue the admit/deny hearing to Tuesday, October 22, at 10:00 a.m.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  September 17, 2019          /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for ROCKY R. BECERRA


McGREGOR SCOTT
United States Attorney

Dated:  September 17, 2019          /s/ T. Zindel for S. St. Vincent
                                    SUSAN ST. VINCENT
                                    Legal Officer

ORDER

The admit/deny hearing scheduled for September 17, 2019 is continued to October 22, 2019, at 10:00 a.m., for the reasons set forth above.

IT IS SO ORDERED.

Dated: September 19, 2019

_____
UNITED STATES MAGISTRATE JUDGE