Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY GRANDAND PIERCE II, <br><br> Defendant. | DOCKET NO. 6:15-mj-077-JDP <br><br> **MOTION TO VACATE REVIEW HEARING AND NOTICE OF WITHDRAWAL OF STATEMENT OF ALLEGED PROBATION VIOLATION(S); AND ORDER THEREON** |

On March 9, 2016, PIERCE pled guilty to Count One, driving with a license that was suspended or revoked for refusal to submit to a chemical test, in violation of Title 36 Code of Federal Regulations §4.2, incorporating California Vehicle Code §14601.5(a) and Count two, possessing an open container of alcohol in a vehicle, in violation of Title 36 Code of Federal Regulations §4.14(b). PIERCE was sentenced 36 months unsupervised probation with the conditions he pay a $600 fine at a rate of $30 per month, obey all laws, report all new violations of the law to Court, and obtain a driver's license within 24 months. PIERCE was also sentenced to 45 days in custody with credit for 2 days already served, and the remaining 43 days to begin on January 8, 2019.

On January 18, 2018, the Government filed an Affidavit of Alleged Probation Violation charging PEIRCE with seven probation violations. On June 5, 2018 PIERCE admitted charges one and three – failure to obey all laws on July 22, 2016 and failure to obey all laws on January

1

| | |
|---|---|
| 1 | 11, 2017. PIERCE was sentenced to 12 months of unsupervised probation with the following |
| 2 | conditions: |

2. The defendant is ordered to obey all federal, state, and local laws.

3. The defendant shall notify the court and the government officer within seven days of any change in the defendant's address. If represented, the defendant shall provide such notice through counsel.

4. The defendant may not drive a motor vehicle until he completes his current DMV course and obtains his driver's license.

5. The defendant is ordered to personally appear for a Probation Review Hearing on May 7, 2019, at 10:00 a.m., before U.S. Magistrate Judge Peterson. Probation Review Hearing may be vacated if all terms are met.

6. The defendant shall complete 100 hours of community service. The defendant shall perform and complete the community service hours by April 2, 2019.

7. The defendant shall advise the court and the government officer within seven days of being cited or arrested for any alleged violation of law. If represented, the defendant shall provide such notice through counsel.

8. The defendant shall complete the remaining 4 months of the DMV course in which he is currently enrolled and pay the outstanding $600.00 owed for the course.

9. The defendant must obtain a driver's license.

On May 2, 2019 the Government filed a Notice of Probation Violation alleging PIERCE had failed comply with conditions 2, 4, 6, 8 and 9 of his probation. The Government has subsequently been provided proof PIERCE completed 100 hours of community service (condition 6,) completed the DMV course (condition 8,) and obtained his driver's license (condition 9.) The Government herewith withdraws its Allegation of Probation Violation in this matter. As the conditions of probation have been substantially met and as PIERCE has obtained a driver's license, the Government requests the review hearing in this matter set for October 22, 2019 be vacated and probation be terminated. The Defendant is in agreement with this request.

Dated: October 17, 2019        /s/ Susan St. Vincent
                               Susan St. Vincent
                               Legal Officer
                               Yosemite National Park, CA

ORDER

Upon application of the United States, and good cause having been shown therefor, the Statement of Alleged Probation Violation(s) in *United States v. Pierce*, 6:15-mj-0077-JDP, filed on May 2, 2019, is withdrawn. The review hearing scheduled for October 22, 2019 is vacated and probation is terminated.

IT IS SO ORDERED.

Dated: October 18, 2019

_____
UNITED STATES MAGISTRATE JUDGE